UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMING BEATS LLC,<br><br>                 Plaintiff,<br><br>      v.<br><br>CRUISE LLC,<br><br>                 Defendant. | Case 1:22-cv-07337<br><br>ECF Case<br><br>Judge Alvin K. Hellerstein<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael S. Kwun hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Cruise LLC, in the above-captioned action. I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date: September 19, 2022

Respectfully submitted,

/s/ Michael S. Kwun

Michael S. Kwun
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
(415) 630-2350
mkwun@kblfirm.com

1