UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMING BEATS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CRUISE LLC,<br><br>    Defendant. | Case 1:22-cv-07337<br><br>ECF Case<br><br>Judge Alvin K. Hellerstein<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

  I, Michael S. Kwun, on oath and depose and say as follows:

  1. I, Michael S. Kwun, am a partner with the law firm of Kwun Bhansali Lazarus LLP, located at 555 Montgomery Street, Suite 750, San Francisco, CA 94111. My office's telephone number is (415) 630-2350, and my electronic mail address is mkwun@kblfirm.com.

  2. Kwun Bhansali Lazarus LLP represents Defendant Cruise LLC in the above captioned action.

  3. I am a member in good standing of the bar of the state of California, and am attaching as Exhibit A a certificate of standing issued on September 14, 2022, from the State Bar of California.

  4. I have never been convicted of a felony.

  5. I have never been censured, suspended, disbarred or denied admission or readmission by any court of law.

  6. There are no disciplinary proceedings presently against me.

AFFIDAVIT IN SUPPORT OF MOTION...

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SAN FRANCISCO

Subscribed and sworn to (or affirmed) before me on this 19 day of SEPTEMBER, 20 22, by MICHAEL S. KWUN
_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)                Signature _____



SARAH THAUNG
Notary Public - California
San Francisco County
Commission # 2281896
My Comm. Expires Mar 19, 2023

2

WHEREFORE it is respectfully requested that my motion for admission *pro hac vice*, to represent Defendant Cruise LLC in the above captioned action, be granted.

Executed in San Francisco, California on September 19, 2022.

Respectfully submitted,

Michael S. Kwun

2