**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARMING BEATS LLC, | Case 1:22-cv-07337 |
| Plaintiff, | ECF Case |
| v. | Judge Alvin K. Hellerstein |
| CRUISE LLC, | |
| Defendant. | |

**ORDER FOR ADMISSION PRO HAC VICE**

1

The motion of Michael S. Kwun, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Michael S. Kwun
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
(415) 630-2350
mkwun@kblfirm.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Cruise LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____
                                            Judge Alvin K. Hellerstein