UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHARMING BEATS LLC,

        Plaintiff,                                No. 22-CV-7337-AKH

  v.                                        **NOTICE OF MOTION
TO DISMISS**

CRUISE LLC,

        Defendant.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Defendant Cruise LLC, by its undersigned attorneys, upon the Memorandum of Law, the Declarations of Lissette Lastra, Oliver Cameron (ECF No. 19), and Elizabeth Dinh, and all exhibits thereto, will move the Court before the Hon. Alvin K. Hellerstein, Courtroom 14D, at the Courthouse located at 500 Pearl Street, New York, New York 10007, at a date and time set by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and, in the alternative, 12(b)(6), dismissing the amended complaint (ECF No. 22) in this action.

Dated: San Francisco, California
       October 5, 2022

Hillel I. Parness (HP-1638)
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, New York 10016
212-447-5299
hip@hiplaw.com

      /s/ Michael S. Kwun
Michael S. Kwun*
mkwun@kblfirm.com
Elizabeth H. Dinh*
ldinh@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
415-630-2350
*Pro hac vice motions pending

*Attorneys for Defendant Cruise LLC*