UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CHARMING BEATS LLC,

             Plaintiff,

    v.

CRUISE LLC,

             Defendant.
-------------------------------------------------------------------X

No. 22-CV-7337-AKH

**[PROPOSED] ORDER**

      **WHEREAS**, on October 5, 2022, Defendant Cruise LLC moved to dismiss the amended complaint (ECF No. 22);

      **WHEREAS**, the Court has reviewed all of the papers submitted by Defendant in support of the motion, and all of the papers submitted by Plaintiff in opposition to the motion; and

      **[WHEREAS**, on _____, 2022, the Court entertained oral argument on the motion;]

      **NOW THEREFORE**, it is:

1.     **ORDERED** that the motion be granted in full;

2.     **ORDERED** that all claims against Defendant are hereby dismissed;

3.     **ORDERED** that the clerk of the Court is directed to mark the case closed.

**SO ORDERED** this _____ day of _____, 2022, at _____ o'clock in the _____ noon of that day.

                                                                      _____
                                                                          United States District Judge